
**ORIGINAL**

**FILED**
APR 2 1 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 | DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 | P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 | Facsimile: (408) 354-5513

5 | Trustee for Debtor

6
7
8 | UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
9 | SAN JOSE DIVISION
10
11 | In Re: ) Chapter 13
)
12 | ANGELICA M SEGURA ) Case No. 06-50621 RLE
)
13 | ) **NOTICE OF UNCLAIMED DIVIDEND**
)
14 | Debtor )
)
15 | _____ )

16 | The final dividend to Debtor, ANGELICA M SEGURA in the above entitled matter was
17 | returned marked: INSUFFICIENT ADDRESS - UNABLE TO FORWARD
18 | It appearing to the Court that a reasonable effort was made to locate the Debtor, and good
19 | cause appearing therefore,
20 | IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk
21 | of the above entitled Court, the sum of $11.93 as an unclaimed dividend.
22
ANGELICA M SEGURA
23 | *MAIL RTD ON 1/19/10
230 G MISTY GLADE LN
24 | WATSONVILLE, CA 95076
25
Dated: April 19, 2010
26 | _____
DEVIN DERHAM-BURK, TRUSTEE
27
28

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**ADDRESS SERVICE REQUESTED**




02 1A   $ 00.44⁰
0004366326  JAN 13 2010
MAILED FROM ZIP CODE 95032

RECEIVED
JAN 19 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

NIXIE        951 DE 1        00 01/18/10
            RETURN TO SENDER
            INSUFFICIENT ADDRESS
            UNABLE TO FORWARD

BC: 95150001313   *2656-05455-19-39

9507$$4134 C030
95150@0013

ANGELICA M SEGURA
230 G MISTY GLADE LN
WATSONVILLE, CA 95076